

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00071-CV
_____

IN THE MATTER OF D.T.M., A CHILD

On Appeal from the County Court at Law No. 1
Gregg County, Texas
Trial Court No. 5805-J

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

After D.T.M. turned eighteen years of age, the trial court transferred D.T.M.'s juvenile case to the Texas Department of Criminal Justice (TDCJ).

The case had originated from an aggravated robbery D.T.M. had admitted to participating in when he was sixteen. As a result of the robbery and D.T.M.'s admission, the trial court had adjudicated him for the delinquent conduct and committed him to the Texas Juvenile Justice Department (TJJD) for a determinate sentence of twenty years. D.T.M. appeals the order of transfer to TDCJ.

D.T.M.'s appellate attorney has filed a brief representing to us that she has reviewed the record and has found no genuinely arguable issues that could be raised. The brief sets out the procedural history and summarizes the evidence elicited during the course of the trial proceeding. By providing a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced, counsel has met the requirements of *Anders v. California*. *See Anders v. California*, 386 U.S. 738, 743–44 (1967); *In re D.A.S.*, 973 S.W.2d 296 (Tex. 1998) (orig. proceeding). Counsel also filed a motion with this Court seeking to withdraw as counsel in this appeal.

Counsel sent a copy of the brief to D.T.M., along with a motion for pro se access to the record, which motion lacks only D.T.M.'s signature, and advised D.T.M. of his right to review the record and file a pro se response. On January 7, 2019, we informed D.T.M. that his motion for pro se access to the record was due on January 22. We did not receive a motion for pro se access to the record. On February 6, we advised D.T.M. that a pro se brief was due on March 8. On

2

March 26, we notified D.T.M. that the case would be submitted on April 16. We received neither a pro se response from D.T.M. nor a motion requesting an extension of time in which to file such a response.

We have determined that this appeal is wholly frivolous. We have independently reviewed the entire appellate record and have determined that no arguable issue supports an appeal. *See D.A.S.*, 973 S.W.2d at 297, 299. Therefore, the judgment should be affirmed.

However, we are also presented with counsel's motion to be relieved from further representation of D.T.M. "[T]he right to counsel in suits seeking the termination of parental rights extends to 'all proceedings in [the Texas Supreme Court], including the filing of a petition for review.'" *In re C.F.*, No. 03-18-00008-CV, 2018 WL 2750007, at *2 n.1 (Tex. App.—Austin June 8, 2018, no pet.) (mem. op.) (quoting *In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (per curiam)). That continued right to counsel also applies in juvenile appeals. *Id.* (citing *In re A.H.*, 530 S.W.3d 715, 717 (Tex. App.—Fort Worth 2017, no pet.); *In re A.C.*, Nos. 01-15-00931-CV, 01-15-00932-CV, 01-15-00933-CV, 2016 WL 1658777, at *1 (Tex. App.—Houston [1st Dist.] Apr. 26, 2016, no pet.) (mem. op.) (per curiam)); *see In re L.H.*, No. 11-17-00348-CV, 2018 WL 3763804, at *1 (Tex. App.—Eastland Aug. 9, 2018, no pet.) (mem. op.); *but see In re J.L.C.*, No. 10-18-00061-CV, 2018 WL 3763736, at *1 (Tex. App.—Waco Aug. 8, 2018, no pet.) (mem. op). "Accordingly, counsel's obligations to appellant have not yet been discharged." *C.F.*, 2018 WL 2750007, at *2 n.1. "If appellant, after consulting with counsel, desires to file a petition for review, counsel should timely file with the Texas Supreme Court 'a petition for review that satisfies the standards for an *Anders* brief.'" *Id.* (quoting *P.M.*, 520 S.W.3d at 27–28). We deny counsel's motion to withdraw.

We determine that the appeal is without merit and affirm the trial court's judgment.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).


Josh R. Morriss, III
Chief Justice


Date Submitted:    April 16, 2019
Date Decided:     April 17, 2019